**SD UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Jermaine William Villines

_____

(In the space above enter the full name(s) of the plaintiff(s).)

- against -

Philadelphia Prison System,
Philadelphia Industrial
Correctional Center.

Warden John Doe
Deputy Warden John Doe
Sgt. M. Byard III
C/o Decker

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

RECEIVED
JUN 22 2011

11    4061

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes   ☐ No
(check one)

**I.   Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Jermaine Villines
             ID #  FN 9009
             Current Institution  ~~S.C.I. Graterford~~  S.C.I Houtzdale
             Address  ~~P.O. Box 244~~  P.O. Box 1000
             ~~Graterford, PA, 19426-0244~~  Houtzdale, PA, 16698-1000

Rev. 10/2009

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

**Defendant No. 1**
Name: Sgt. M. Byard III   Shield #: _____
Where Currently Employed: Philadelphia Industrial
Address: Correctional Center 8301 StateRoad
Philadelphia, PA, 19136

**Defendant No. 2**
Name: Warden John Doe   Shield #: _____
Where Currently Employed: Philadelphia Industrial Correctional Center
Address: 8301 State Road
Philadelphia, PA, 19136

**Defendant No. 3**
Name: Deputy Warden John Doe   Shield #: _____
Where Currently Employed: Philadelphia Industrial Correctional Center
Address: 8301 StateRoad
Philadelphia, PA, 19136

**Defendant No. 4**
Name: C/o Decker   Shield #: _____
Where Currently Employed: Philadelphia industrial Correctional Center
Address: 8301 StateRoad
Philadelphia, PA, 19136

**Defendant No. 5**
Name: _____   Shield #: _____
Where Currently Employed: _____
Address: _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? Philadelphia Industrial Correctional Center

B. Where in the institution did the events giving rise to your claim(s) occur? Housing Unit G-1 recreational yard

C. What date and approximate time did the events giving rise to your claim(s) occur? 3-16-2011 about 5:00 pm

Rev. 10/2009

- 2 -

**What happened to you?**

D. Facts: On March 16, 2011 I was in Philadelphia Industrial Correctional Center. I was housed on Unit 6-1. At about 4:30pm Sgt Byard opened the 6-1 recreation yard. Inmates where pat searched one by one before entering the yard. While I was in the yard another inmate asked me my name, I told him, & then he pulled out a home-made

**Who did what?**

knife & tried to stab me. I ran to the door which leads back into 6-1 & the inmate stabbed me in my back while I was banging on the door trying to get the C/os to open it. The inmate had me cornered

**Was anyone else involved?**

so I turned around and put my hands in the air to try to block his attack. He stabbed me twice in my hand and a few times in my arm and shoulder. When C/o Decker & Sgt Byard finally came into the yard the inmate ran and threw the knife over the yard gate.

**Who else saw what happened?**

The C/os handcuffed him, then handcuffed me & took me to medical. From there I was taken to Frankford Torresdale Hospital. Until I was released at about 2:30 AM

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I sustained multiple stab wounds about seven or more. I did about 8 hours in the emergency room recieving different medical treatment. I had to take a couple different antibiotics to keep away infections, and a couple different pain relievers. I have constant nightmares about this incident & often wake up in coldsweats. I had servere pain in my left hand arm shoulder, & back for about 6 weeks or more.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Exhibit A.

Lock&Track
INMATE MISCONDUCT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Case Number: J11001562                                    Type: CRITICAL

Inmate: VILLINES, JERMAINE
Intake: 1000665   PID:   917130

Occurred: 03/16/2011 20:30                     Location: G1 unit rec yard
  Served:                                      By:
Charges: ASSAULT, VIORULE, DISTURB, FIGHTINJRY
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                               REPORT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Summary: Inmates involved in a physical altercation (stabbing)«»
Narrative:On Wednesday, March 16, 2011 I Sgt M. Byard III was assigned to
the post of G1 unit officer as well as my partner C/O Decker. At approx.
5:00pm, my partner and I witnessed inmate Kevin Bates pp#959117 and Jermaine
Villines pp#917130 involved in a physical altercation in the units recreational
yard. I witnessed inmate Bates striking inmate Villines on his hands in a
stabbing motion. It was then that I banged on the units window and notified the
Aux#3 C/O that there was a disturbance in the yard. My partner and I responded
to the yard. We ordered both inmates to cease their actions. Both inmates
complied. It was then that I witnessed inmate Bates throw what appeared to be
a prison made weapon (whack) over the yard gate into the adjacent field. Inmate
Villines sustained what appeared to be a puncture wound on his left thumb. Sgt
Diaz responded to the unit and both inmates were taken to medical to be
evaluated.
Names of C/O and Supervisors:Sgt M. Byard III, C/O Decker and Sgt Diaz

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| OFFENDER | DATE | |
|---|---|---|
| OFFICER | ID | SHIFT |
| SUPERVISOR | DATE | |

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

    Yes √ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **Philadelphia Industrial Correctional Center.**

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

    Yes ____ No ____ Do Not Know √

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

    Yes ____ No ____ Do Not Know √

    If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

    Yes ____ No √

    If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

    Yes ____ No √

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

    _____

    1.  Which claim(s) in this complaint did you grieve? _____

    2.  What was the result, if any? _____

    3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F.  If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here: _____
     In the Philadelphia Industrial Correctional Center Grievances are Not Available to inmates unless you ask a C/o or other staff member for a grievance. Everytime I asked for a grievance the C/o would tell me they didn't have any at the time.

  2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____
     C/o Stevenson, C/o Williams, C/o Widell & Sgt. Thompson all told me (at different times) They didn't have any Grievances at the time but would get me one. But they never did.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____
I am seeking Fifty Thousand dollars for the physical and mental pain I suffered due to this Incident. I was in the custody of the Philadelphia Prison System and the Philadelphia Industrial Correctional Centers Therefore they are responsible for allowing me to go through

Rev. 10/2009                                    - 5 -

Such a painful and traumatizing event.

**VI.    Previous lawsuits:**

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No __✓__

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending?   Yes _____ No _____

    If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court?

   Yes ____ No __✓__ .

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending?  Yes ____ No ____

      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

   _____

   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _16th_ day of ___June___, 20_11_.

Signature of Plaintiff ___Jermane Villines___

Inmate Number ___FN9009___

Institution Address ___~~P.O. Box 244~~  P.O. Box 1000~~
~~Graterford, PA 19426-0244~~
Houtzdale, PA, 16698-1000___

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __16th__ day of __June__, 20__11__, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _Jermine Villines_